# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Civil Action No. 3:15-cv-628-RJC-DSC

| | |
|---|---|
| HARRY CANTY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE ENERGY CAROLINAS, LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels, that the above-captioned action is voluntarily dismissed against Defendant Duke Energy Carolinas, LLC, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). By further agreement and stipulation, each party is responsible for their own costs.

Submitted this the 5th day of December, 2016.

| | |
|---|---|
| By: /s/ Eric A. Montgomery | By: /s/ Molly M. Shah |
| Eric A. Montgomery, NC Bar No. 38951 | Molly M. Shah, NC Bar No. 40275 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| THE MONTGOMERY LAW FIRM, PLLC | LITTLER MENDELSON, PC |
| 6135 Park South Drive, Suite 510 | 100 North Tryon Street, Suite 4150 |
| Charlotte, NC 28210 | Charlotte, NC 28202 |
| Telephone: (704) 749-3135 | Telephone: (704) 972-7008 |
| Facsimile: (704) 749-3136 | Facsimile: (704) 731-0792 |
| Email: eric@themlawfirm.com | Email: mmshah@littler.com |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 5, 2016, he served a copy of the attached **JOINT STIPULATION OF VOLUNTARY DISMISSAL** by electronically filing the foregoing action with the Clerk of Court using CM/ECF, which caused it to be delivered to Defendant's attorney of record:

    Stephen D. Dellinger, NC Bar No.16609
    Molly M. Shah, NC Bar No. 40275
    *Attorneys for Defendant*
    LITTLER MENDELSON, PC
    Bank of America Corporate Center
    100 North Tryon Street, Suite 4150
    Charlotte, NC 28202
    Telephone:   (704) 972-7000
    Facsimile:   (704) 333-4005

    By: /s/ Eric A. Montgomery
    Eric A. Montgomery, NC Bar No. 38951
    *Attorney for Plaintiff*
    THE MONTGOMERY LAW FIRM, PLLC
    6135 Park South Drive, Suite 510
    Charlotte, NC 28210
    Telephone:   (704) 749-3135
    Facsimile:   (704) 749-3136
    Email:   eric@themlawfirm.com